**WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tykeisha R Florence, | No. CV-26-04049-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Freedom Financial Network LLC, | |
| Defendant. | |

At issue is pro se Plaintiff Tykeisha Florence's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). Having determined that Florence is unable to pay the Court's fees, the Court will grant the Application. In addition, the Court having screened Florence's Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e)(2), Florence may now serve the Complaint and Summons on Defendant.

**IT IS THEREFORE ORDERED** granting Florence's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). Florence shall serve the Complaint and Summons on the Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendant waive service of the Complaint and Summons under Rule 4(d).

Dated this 22nd day of July, 2026.

_____
Honorable Sharad H. Desai
United States District Judge